IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: August 26, 2009



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19685/1218072044

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Lisa M. Skidmore<br>        Debtor.<br>_____<br>The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase BankNA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-8,Mortgage Pass-Through Certificates, Series 2005-8<br>        Movant,<br>vs.<br><br>Lisa M. Skidmore, Debtor, Constantino Flores, Trustee.<br><br>        Respondents. | No. 2:09-bk-17463-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #15) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

| | |
|---|---|
| 1 | IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 6, 2005 and recorded in the office of the Maricopa County Recorder wherein The Bank of New York Mellon, fka The Bank of New York as Successor in interest to JP Morgan Chase Bank NA as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns ALT-A Trust 2005-8, Mortgage Pass-Through Certificates, Series 2005-8 is the current beneficiary and Lisa M. Skidmore has an interest in, further described as: |

LOT 534, PARKWOOD RANCH PARCEL 7, ACCORDING TO BOOK 437 OF MAPS, PAGE 19, RECORDS
OF MARICOPA COUNTY. ARtZONA

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT